AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| VERIFIRE NETWORK SOLUTIONS, LLC, <br><br> *Plaintiff(s)* <br> v. <br> CHECK POINT SOFTWARE TECHNOLOGIES, INC., <br><br> *Defendant(s)* | Civil Action No. 2:15-cv-929 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Check Point Software Technologies, Inc.
c/o Corporation Service Company d/b/a
CSC Lawyers Incorporating Service Company
211 E. 7th Street Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Craig Tadlock
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093
Tel: 903-730-6789
Email: craig@tadlocklawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/11/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-929

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHECK POINT SOFTWARE TECHNOLOGIES, INC.
was received by me on *(date)* 06/16/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* DELIVERED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED TO CHECK POINT
SOFTWARE TECHNOLOGIES, INC. BY DELIVERING TO ITS REGISTERED AGENT,
CORPORATION SERVICE COMPANY D/B/A CSC LAWYERS INCORPORATING
SERVICE COMPANY AT 211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701 ***

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/10/2015

*Charity N. Coleman*
*Server's signature*

CHARITY N. COLEMAN, PROCESS SERVER SCH2761
*Printed name and title*

5470 LYNDON B. JOHNSON FREEWAY
DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc:
*** ON 06/19/2015. U.S.P.S. 3811 SIGNED BY CHRIS SALZAN AN AUTHORIZED AGENT OF CORPORATION SERVICE COMPANY IS ATTACHED.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ Chris Salzan _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  JUN 19 2015 |
| 1. Article Addressed to:<br><br>CHECK POINT SOFTWARE TECHNOLOGIES, INC.<br>C/O CORPORATION SERVICE COMPANY<br><br>211 E. 7TH STREET, SUITE 620<br>AUSTIN          TX 78701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)            ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7013 1710 0000 5001 4729 |

PS Form 3811, July 2013        Domestic Return Receipt        167057Y